UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EUGENIO PAGE-MORE, | ) | |
|     Petitioner, | ) | CIVIL ACTION NO: |
| | ) | 05-40096-WGY |
| v. | ) | |
| | ) | |
| | ) | |
| HOMELAND SECURITY OR THE OLD | ) | |
| IMMIGRATION AND | ) | |
| NATURALIZATION SERVICES, and | ) | |
| DAVID WINN, | ) | |
|     Respondents. | ) | |

**RESPONDENTS' NOTICE OF PENDING RELEASE**

The Respondents, through undersigned counsel, hereby provide notice that the Respondents have undertaken the release of the Petitioner in this matter which will be effected on or before June 30, 2005.[1]  Petitioner and will be released to the custody of his wife, Indalacia Monpanez, in Dorchester, MA.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    _/s/ Mark J. Grady_____
    MARK J. GRADY
    Assistant U.S. Attorney
    U.S. Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA   02210
    Tel. No. (617) 748-3136

---

[1] Petitioner suffers from a number of metal health and medical conditions.  To the extent deemed relevant or necessary by this Court, the Respondent will supplement the record, under seal, as to the Petitioner's medical conditions.  An initial outpatient intake appointment for medical/psychiatric care has been arranged for the Petitioner at the Whittier Health Care Center in Roxbury, MA.  Attendance at this appointment will be made an express condition of release pursuant to 8 U.S.C. §1253(b).  See also, Clark v. Martinez,125 S.Ct. 716, 721 n.3 (2005).