# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES   ☐ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _Pages More_ v.s. _USA_
FOR: _Case # 05-40096_
AT: 
LOCATION NUMBER: 35

PERSON REPRESENTED (Show your full name): _Eugenio Pages More_

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☒ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS:
- Magistrate
- District Court
- Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
_INS Detainer for Parole Breaking & Entering Violation_

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment. How much did you earn per month? $ ____
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
RECEIVED: $ _Around 700_
SOURCES: _from girlfriend_

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: ____   DESCRIPTION: ____

## DEPENDENTS
MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: NONE
List persons you actually support and your relationship to them: ____

## OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _6/22/05_

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _Eugenio Pages More_

# Inmate Statement

| Inmate Reg #: | 01362-131 | Current Institution: | Devens FMC |
|---|---|---|---|
| Inmate Name: | PAGES-MORE, EUGENIO | Housing Unit: | G-CCSOMP |
| Report Date: | 06/22/2005 | Living Quarters: | G01-103L |
| Report Time: | 10:32:19 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 6/20/2005 5:44:45 PM | 124 | | | Sales | ($48.30) | | $47.99 |
| DEV | 6/20/2005 10:07:22 AM | 33318505 | | | Western Union | $90.00 | | $96.29 |
| DEV | 6/13/2005 6:06:20 PM | 126 | | | Sales | ($29.60) | | $6.29 |
| DEV | 6/12/2005 1:16:44 PM | ITS0612 | | | ITS Withdrawal | ($5.00) | | $35.89 |
| DEV | 6/11/2005 6:51:53 AM | ITS0611 | | | ITS Withdrawal | ($8.00) | | $40.89 |
| DEV | 6/8/2005 8:51:41 PM | ITS0608 | | | ITS Withdrawal | ($5.00) | | $48.89 |
| DEV | 6/6/2005 5:44:38 PM | 33317505 | | | Western Union | $50.00 | | $53.89 |
| DEV | 6/6/2005 5:32:50 PM | 56 | | | Sales | ($31.90) | | $3.89 |
| DEV | 6/6/2005 10:44:01 AM | 5JV107 | | | Payroll - IPP | $0.24 | | $35.79 |
| DEV | 6/5/2005 7:26:43 PM | ITS0605 | | | ITS Withdrawal | ($7.00) | | $35.55 |
| DEV | 6/3/2005 12:39:55 PM | 53 | | | Sales | ($8.25) | | $42.55 |
| DEV | 6/2/2005 5:20:17 PM | ITS0602 | | | ITS Withdrawal | ($10.00) | | $50.80 |
| DEV | 6/2/2005 12:09:49 PM | 33317305 | | | Western Union | $60.00 | | $60.80 |
| DEV | 5/21/2005 4:47:17 PM | ITS0521 | | | ITS Withdrawal | ($5.00) | | $0.80 |
| DEV | 5/20/2005 9:33:45 PM | ITS0520 | | | ITS Withdrawal | ($3.00) | | $5.80 |
| DEV | 5/18/2005 7:34:25 PM | ITS0518 | | | ITS Withdrawal | ($7.00) | | $8.80 |
| DEV | 5/16/2005 5:53:24 PM | 88 | | | Sales | ($42.50) | | $15.80 |
| DEV | 5/16/2005 5:42:37 PM | 80 | | | Sales | ($1.95) | | $58.30 |
| DEV | 5/16/2005 4:41:09 PM | ITS0516 | | | ITS Withdrawal | ($10.00) | | $60.25 |
| DEV | 5/16/2005 12:07:20 PM | 33316005 | | | Western Union | $70.00 | | $70.25 |
| DEV | 5/9/2005 11:50:10 AM | 23 | | | Sales | ($12.95) | | $0.25 |
| DEV | 5/8/2005 8:49:23 PM | ITS0508 | | | ITS Withdrawal | ($2.00) | | $13.20 |
| DEV | 5/5/2005 8:07:52 PM | ITS0505 | | | ITS Withdrawal | ($5.00) | | $15.20 |
| DEV | 5/4/2005 10:08:43 AM | 5JV093 | | | Payroll - IPP | $0.24 | | $20.20 |
| DEV | 5/2/2005 5:38:09 PM | 78 | | | Sales | ($40.05) | | $19.96 |
| DEV | 5/2/2005 5:31:07 PM | 74 | | | Sales | $0.00 | | $60.01 |
| DEV | 5/2/2005 4:45:38 PM | ITS0502 | | | ITS Withdrawal | ($10.00) | | $60.01 |
| DEV | 5/2/2005 12:11:28 PM | 33315005 | | | Western Union | $70.00 | | $70.01 |
| DEV | 5/1/2005 7:06:13 PM | ITS0501 | | | ITS Withdrawal | ($1.00) | | $0.01 |
| DEV | 4/25/2005 11:59:45 AM | 27 | | | Sales | ($2.00) | | $1.01 |
| DEV | 4/25/2005 11:58:10 AM | 26 | | | Sales | ($37.40) | | $3.01 |
| DEV | 4/24/2005 1:40:05 PM | ITS0424 | | | ITS Withdrawal | ($5.00) | | $40.41 |
| DEV | 4/23/2005 8:14:45 AM | ITS0423 | | | ITS Withdrawal | ($5.00) | | $45.41 |
| DEV | 4/20/2005 4:33:15 PM | ITS0420 | | | ITS Withdrawal | ($10.00) | | $50.41 |
| DEV | 4/19/2005 11:05:26 AM | 33314105 | | | Western Union | $60.00 | | $60.41 |
| DEV | 4/5/2005 | 5JV081 | | | Payroll - IPP | $0.24 | | $0.41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 10:22:50 AM | | | | |
| DEV | 4/4/2005 | ITS0404 | | ITS Withdrawal | ($2.00) | $0.17 |
| | 8:32:23 PM | | | | | |
| DEV | 4/4/2005 | 36 | | Sales | ($38.70) | $2.17 |
| | 12:25:35 PM | | | | | |
| DEV | 3/28/2005 | ITS0328 | | ITS Withdrawal | ($10.00) | $40.87 |
| | 6:11:20 PM | | | | | |
| DEV | 3/26/2005 | 70129201 | | Lockbox - CD | $50.00 | $50.87 |
| | 5:25:59 AM | | | | | |
| DEV | 3/19/2005 | ITS0319 | | ITS Withdrawal | ($5.00) | $0.87 |
| | 7:26:04 PM | | | | | |
| DEV | 3/15/2005 | 14 | | Sales | ($23.40) | $5.87 |
| | 11:32:27 AM | | | | | |
| DEV | 3/11/2005 | 5 | | Sales | ($5.75) | $29.27 |
| | 11:16:07 AM | | | | | |
| DEV | 3/10/2005 | ITS0310 | | ITS Withdrawal | ($6.00) | $35.02 |
| | 8:37:49 PM | | | | | |
| DEV | 3/9/2005 | ITS0309 | | ITS Withdrawal | ($10.00) | $41.02 |
| | 9:35:32 PM | | | | | |
| DEV | 3/9/2005 | 70127901 | | Lockbox - CD | $50.00 | $51.02 |
| | 5:33:52 AM | | | | | |
| DEV | 3/7/2005 | 5JV068 | | Payroll - IPP | $0.24 | $1.02 |
| | 10:21:25 AM | | | | | |
| DEV | 2/22/2005 | 50 | | Sales | ($27.20) | $0.78 |
| | 12:28:37 PM | | | | | |
| DEV | 2/15/2005 | 44 | | Sales | ($22.20) | $27.98 |
| | 12:15:26 PM | | | | | |
| DEV | 2/13/2005 | ITS0213 | | ITS Withdrawal | ($7.00) | $50.18 |
| | 8:07:14 PM | | | | | |

2

**Total Transactions: 76**

Totals: ($7.09)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $47.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47.99 |
| Totals: | $47.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47.99 |