UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EUGENIO PAGE-MORE, | ) | |
| Petitioner, | ) | CIVIL ACTION NO: |
| | ) | 05-40096-WGY |
| v. | ) | |
| | ) | |
| | ) | |
| HOMELAND SECURITY OR THE OLD | ) | |
| IMMIGRATION AND | ) | |
| NATURALIZATION SERVICES, and | ) | |
| DAVID WINN, | ) | |
| Respondents. | ) | |

**NOTICE OF RELEASE**

Petitioner was released on June 28, 2005. As a consequence, the instant habeas claim is moot.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_/s/ Mark J. Grady_____
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 29th day of June 2005 service of the foregoing Notice has been made upon Petitioner by depositing a copy in the United States mail, postage prepaid to Eugenio-Pages More c/o Indalecia Monpanez, 342 Bowdine Street, Dorchester, MA 02126.

_/s/ Mark J. Grady_____
Mark J. Grady
Assistant United States Attorney