# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: **05-40096-WGY**

**EUGENIO PAGE-MORE**
**Plaintiff**

**v.**

**HOMELAND SECURITY , ET AL**
**Defendant**

## ORDER OF DISMISSAL

**YOUNG, C.J.**

The petitioner having been released, this habeas petition is hereby dismissed as moot.

By the Court,

/s/ Elizabeth Smith

_____

Deputy Clerk

July 6, 2005

To: All Counsel